**EXHIBIT A**

**Bisnow LLC**
**718 7th Street NW**
**Second Floor**
**Washington DC 20001**

*Preferential Transfers:*

| Payment # | Payment Date | Clear Date | Payment Amount |
|---|---|---|---|
| 017498 | 09/21/2017 | 10/04/2017 | 82,639.25 |
| 017804 | 11/02/2017 | 11/08/2017 | 85,000.03 |
| 017947 | 11/30/2017 | 12/05/2017 | 32,000.00 |
| **TOTAL** | | **3** | **$ 199,639.28** |
| | | | |