IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Xceligent, Inc.<br>　　　　　　　　Debtor. | Chapter 7<br><br>Case No.  17-12937 (CSS) |
| Alfred T. Giuliano, Chapter 7 Trustee for the Bankruptcy Estate of Xceligent, Inc.<br>　　　　　　　　Plaintiff,<br>v.<br><br>Bisnow LLC　　　　Defendant. | Adversary Proceeding No. 19-51152 (CSS) |

**AMENDED SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
IN AN ADVERSARY PROCEEDING**

**YOU ARE SUMMONED** and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within **30** days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

| | |
|---|---|
| **Address of Clerk:** | United States Bankruptcy Court<br>District of Delaware<br>824 Market Street<br>3rd Floor<br>Wilmington, DE 19801 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's following attorney.

| | |
|---|---|
| Damien Nicholas Tancredi, Esquire<br>1201 N. Orange Street, Suite 301<br>Wilmington, DE 19801<br>(302) 351-1910<br>damien.tancredi@flastergreenberg.com | |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

1

**YOU ARE NOTIFIED** that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| **Address:**<br>United States Bankruptcy Court<br>District of Delaware<br>824 Market Street<br>Wilmington, DE 19801 | **Room:**<br>5th Floor, Courtroom No. 6 |
|---|---|
| | **Date and Time:**<br>Wednesday, February 10, 2020 at 10 A.M. |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

/s/ Una O'Boyle
*Clerk of the Bankruptcy Court*

**United States Bankruptcy Court for the District of Delaware**

Dated:  December 17, 2019