**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Xceligent, Inc.<br><br>Debtor. | Chapter 7<br><br>Case No. 17-12937 (CSS) |
| In re:<br><br>ePropertyData.com, LLC<br><br>Debtor. | Chapter 7<br><br>Case No. 17-12938 (CSS) |
| In re:<br><br>Karnes Research Company, LLC<br><br>Debtor. | Chapter 7<br><br>Case No. 17-12939 (CSS) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON FEBRUARY 19, 2020 AT 10:00 A.M. AND 11:15 A.M.**

**CONTINUED MATTERS:**

1. Pre-Trial Scheduling Conferences for Adversary Proceedings identified on attached Schedule 1-A

    Related Documents:    N/A

    Objection Deadline:    N/A

    Responses Received:    N/A

    Status:    Pre-Trial Scheduling Conferences for Adversary Proceedings identified on Schedule 1-A are being adjourned to March 18, 2020 at 12:30 p.m.

LEGAL\44868301\1

**UNCONTESTED MATTERS WITH CERTIFICATION OF NO OBJECTION:**

2. Application of Alfred T. Giuliano, The Chapter 7 Trustee, Pursuant to 11 U.S.C. §§327(e) & 328 For Authority to Employ and Retain Bielli & Klauder, LLC as Special Conflict Counsel to the Chapter 7 Trustee in Connection With Pursuing Adversary Actions, Nunc Pro Tunc Effective as of December 13, 2019
[Filed 01/21/2020; Docket Nos. 285, 186 and 188]

   Related Documents:

   (a) Certification of No Objection
   [Docket Nos. 287, 188, 190; Filed 2/14/2020]

   (b) Proposed Order

   Objection Deadline:   February 12, 2020 at 4:00 p.m.

   Responses Received:   None

   Status   Certification of No Objection filed. Trustee requests entry of the Proposed Order.

Date:   February 14, 2020
        Wilmington, DE

COZEN O'CONNOR

By:   */s/ John T. Carroll, III*
      John T. Carroll, III (DE No. 4060)
      1201 North Market Street
      Suite 1001
      Wilmington, DE  19801
      302-295-2028
      302-295-2013 Fax
      jcarroll@cozen.com

      *Counsel to the Chapter 7 Trustee,*
      *Alfred T. Giuliano*

## **SCHEDULE 1-A**

| Adversary No. | Defendant |
|---|---|
| 19-51151-CSS | Salesforce.com, Inc. |
| 19-51152-CSS | Bisnow LLC |
| 19-51153-CSS | Trek10, Inc. |
| 19-51154-CSS | RE BackOffice, Inc. |
| 19-51155-CSS | Dun & Bradstreet |
| 19-51156-CSS | REDI, Inc. |
| 19-51157-CSS | DataBank Holdings, Ltd. |
| 19-51158-CSS | Lee & Associates Licensing & Admin Co., LP |
| 19-51159-CSS | Amazon Web Services, Inc. |
| 19-51160-CSS | Southwest Airlines Co. |
| 19-51161-CSS | Alteryx, Inc. |
| 19-51162-CSS | Zendesk, Inc. |
| 19-51163-CSS | Douglas Curry |
| 19-51164-CSS | Erin Curry |
| 19-51165-CSS | Bank of America |
| 19-51166-CSS | Google, Inc. |
| 19-51167-CSS | Walnut Street Leasing Partners |
| 19-51168-CSS | John Hancock Life Insurance Co. |