# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Xceligent, Inc.<br><br>Debtor. | Chapter 7<br><br>Case No. 17-12937 (CSS) |
| Alfred T. Giuliano, Chapter 7 Trustee for the Bankruptcy Estate of Xceligent, Inc.<br><br>Plaintiff,<br>v.<br><br>Bisnow LLC<br><br>Defendant. | Adv. No.   19-51152 |

## PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT

TO:   THE CLERK OF THE UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF DELAWARE

Please enter default against Bisnow, LLC ("Defendant") in the above-captioned action pursuant to Fed. R. Civ. P. 55(a) and Fed. R. Bankr. P. 7055, for its failure to file an answer to the Trustee's complaint in the above-captioned adversary proceeding as set forth in the Certification of Counsel in Support of Plaintiff's Request for Default attached hereto as Exhibit "A" and incorporated herein by reference.

**FLASTER/GREENBERG P.C.**

Dated: May 3, 2021          By:  /s/ *Damien Nicholas Tancredi*
                            DAMIEN NICHOLAS TANCREDI, ESQUIRE
                            1007 North Orange Street, Suite 400
                            Wilmington DE 19803
                            (215) 279-9393

                            *Attorneys for Alfred T Giuliano, Chapter 7 Trustee*

8001380 v1