# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Xceligent, Inc.<br><br>　　　　　　　　　　Debtor. | Chapter 7<br><br>Case No. 17-12937 (CSS) |
| Alfred T. Giuliano, Chapter 7 Trustee for the Bankruptcy Estate of Xceligent, Inc.<br><br>　　　　　　　　　　Plaintiff,<br>v.<br><br>Bisnow LLC<br><br>　　　　　　　　　　Defendant. | Adv. No.   19-51152 |

## CERTIFICATION OF COUNSEL IN SUPPORT OF
## PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT

I, Damien Nicholas Tancredi, of full age, do hereby certify that:

1. I am an attorney admitted to practice in the State of Delaware and before this Court and employed by the firm of Flaster/Greenberg P.C., counsel for Alfred T. Giuliano, Chapter 7 Trustee for the bankruptcy estates of Xceligent, Inc. (the "Trustee").  I have personal knowledge of the facts set forth in this certification.

2. I submit this certification in support of the Plaintiff's Request for Default and Plaintiff's Request for Default Judgment against Bisnow, LLC (the "Defendant") pursuant to Fed. R. Civ. P. 55(b)(1), made applicable by Fed. R. Bankr. P. 7055.

3. On December 17, 2019, I caused a true and correct copy of the Complaint to Avoid Preference Pursuant to 11 U.S.C. §§ 547 and 548, Amended Summons and Notice of Pre-

Trial Conference, Pre-Trial Instructions and Amended Notice of Dispute Resolution Alternatives via regular mail upon the parties listed at the following address:

>   Bisnow LLC
>   718 7th Street NW  2nd Floor
>   Washington, DC  20001

4. In accordance with the Complaint, the Trustee shall have, receive and recover of and from the Defendant the sum of $199,639.28.

5. The Defendant was required to file an answer to the Trustee's complaint on or about January 16, 2020.

6. Neither the Summons, nor the Complaint, have been returned to my firm by the United States Post Office, nor have I received any other notification that the Defendant was not served at the address set forth in the above paragraph 3.

7. To date, the Defendant has neither filed an Answer to the Complaint nor sought additional time to do so.

8. Pursuant to Del. Bankr. L.R. 7055-1, copies of the Plaintiff's Request for Entry of Default and the Plaintiff's Request for Entry of Default Judgment are being served upon the Defendant simultaneously with their filing with the Court.

9. I am not a party to, or interested in, the outcome of the lawsuit.

10. The requirements of Section 520 of the Soldiers' and Sailors' Civil Relief Act of 1940 are not applicable to this proceeding as the Defendant is not an individual in the military.

11. The Defendant is not an infant or incompetent person.

**FLASTER/GREENBERG P.C.**

Dated: May 3, 2021         By: /s/ *Damien Nicholas Tancredi*
                               DAMIEN NICHOLAS TANCREDI, ESQUIRE
                               1007 North Orange Street, Suite 400

8001380 v1

    Wilmington DE 19803
    (215) 279-9393

*Attorneys for Alfred T Giuliano, Chapter 7 Trustee*

8001380 v1