**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| Xceligent, Inc. | Case No. 17-12937 (CSS) |
| Debtor. | |
| Alfred T. Giuliano, Chapter 7 Trustee for the Bankruptcy Estate of Xceligent, Inc. | |
| Plaintiff, | |
| v. | Adv. No.    19-51152 |
| Bisnow LLC | |
| Defendant. | |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 3rd day of May, 2021, a true and correct

copy of the Plaintiff's Request for Entry of Default was served via first class mail, postage

prepaid, upon the party as set forth below.

Bisnow LLC
718 7th Street NW  2nd Floor
Washington, DC  20001

Dated:  May 3, 2021                    By:  */s/ Jennifer Vagnozzi*
                                              Jennifer Vagnozzi, Paralegal
                                              Flaster/Greenberg P.C.

8001380 v1