**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> Xceligent, Inc. <br><br> Debtor. | Chapter 7 <br><br> Case No. 17-12937 (CSS) |
| Alfred T. Giuliano, Chapter 7 Trustee for the Bankruptcy Estate of Xceligent, Inc. <br><br> Plaintiff, <br> v. <br><br> Bisnow LLC <br><br> Defendant. | Adv. No.   19-51152 |

## **ENTRY OF DEFAULT**

It appears from the record that Bisnow, LLC failed to plead or otherwise defend in this case as required by law.

Therefore, default is entered against the Defendant as authorized by Federal Rule of Bankruptcy Procedure 7055.

Date: _____

                                              Clerk, United States Bankruptcy Court
                                               for the District of Delaware