# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| Xceligent, Inc. | Case No. 17-12937 (CSS) |
| Debtor. | |
| Alfred T. Giuliano, Chapter 7 Trustee for the Bankruptcy Estate of Xceligent, Inc. | |
| Plaintiff, | |
| v. | Adv. No. 19-51152 |
| Bisnow LLC | |
| Defendant. | |

## PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT JUDGMENT

TO:   THE CLERK OF THE UNITED STATES BANKRUPTCY
      COURT FOR THE DISTRICT OF DELAWARE

   Alfred T. Giuliano, (the "Plaintiff"), by and through his counsel Flaster/Greenberg P.C., has requested that a default be entered against defendant Bisnow, LLC (the "Defendant"). Upon entry of the default, the Plaintiff requests the entry of a default judgment against the Defendant pursuant to Fed. R. Civ. P. 55(b)(1), made applicable by Fed. R. Bankr. P. 7055, in the following sum based on the Complaint and the Certification of Counsel in Support of Plaintiff's Request for Default, attached to Plaintiff's Request for Entry of Default as Exhibit "A", and incorporated herein by reference: $199,639.28.

8001380 v1

**FLASTER/GREENBERG P.C.**

Dated: May 3, 2021          By: /s/ *Damien Nicholas Tancredi*
                                          DAMIEN NICHOLAS TANCREDI, ESQUIRE
                                          1007 North Orange Street, Suite 400
                                          Wilmington DE 19803
                                          (215) 279-9393

                                          *Attorneys for Alfred T Giuliano, Chapter 7 Trustee*

8001380 v1