# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Xceligent, Inc.<br><br>Debtor. | Chapter 7<br><br>Case No. 17-12937 (CSS) |
| Alfred T. Giuliano, Chapter 7 Trustee for the Bankruptcy Estate of Xceligent, Inc.<br><br>Plaintiff,<br>v.<br><br>Bisnow LLC<br><br>Defendant. | Adv. No.   19-51152 |

## JUDGMENT BY DEFAULT

Default was entered against Defendant Bisnow, LLC on _____, 2021.

The Plaintiff has requested entry of judgment by default and has filed certificate of the amount due and stating that this Defendant is not in the military service. Furthermore, it appears from the record that this Defendant is not an infant or incompetent person. Therefore, pursuant to Fed. R. Civ. P. 55(b)(1), as incorporated by Fed. R. Bankr. P. 7055, judgment is entered against this Defendant in favor of the Plaintiff as follows:

$199,639.28

Date: _____, 2021

_____
Clerk, United States Bankruptcy Court
for the District of Delaware

8001380 v1