# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**
Xceligent, Inc.
    Debtor

Bankruptcy Case No.: 17–12937–CSS

Bankruptcy Chapter:  7

_____

Alfred T. Giuliano

    Plaintiff

    vs.

Bisnow LLC.

    Defendant(s)

Adv. Proc. No.:  19–51152–CSS

## JUDGMENT BY DEFAULT

On 5/3/21, default was entered against defendant(s) Bisnow LLC. The plaintiff has requested entry of judgment by default, has filed an affidavit of the amount due, and has stated that this/these defendant(s) is/are not in the military service. Furthermore, it appears from the record that this/these defendant(s) is/are not an infant or incompetent person. Therefore, pursuant to Fed.R.Civ.P. 55(b)(1), as incorporated by Fed.R.Bankr.P. 7055, judgment is entered against this/these defendant(s) in favor of the plaintiff as follows:

Judgment is entered against defendant(s) Bisnow LLC in the amount of $199,639.28 plus court filing costs in the amount of $150.00.

Date: 5/3/21

*Una O'Boyle*

Una O'Boyle, Clerk of Court

(VAN–433b)