# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: admin | Date Created: 5/3/2021 |
| Case: 19−51152−CSS | Form ID: van433b | Total: 5 |

**Recipients of Notice of Electronic Filing:**
pla     Alfred T. Giuliano          atgiuliano@giulianomiller.com
aty     Damien Nicholas Tancredi    damien.tancredi@flastergreenberg.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
ust     U.S. Trustee     Office of the United States Trustee     J. Caleb Boggs Federal Building     844 King Street, Suite 2207     Lockbox 35     Wilmington, DE 19801
ust     U.S. Trustee     Office of United States Trustee     J. Caleb Boggs Federal Building     844 King Street, Suite 2207     Lockbox 35     Wilmington, DE 19899−0035
ust     United States Trustee (SV)     915 Wilshire Blvd, Suite 1850     Los Angeles, CA 90017

TOTAL: 3